Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:      Clerk, U.S. Bankruptcy Court

Re:      UNDISTRIBUTED FUNDS

Case No.:   6:05-bk-16221-MJ

Debtor(s):  CHARLES LLOYD STEEN SR
            WANDA STEEN
            2110 HIGHPOINTE DR #201
            CORONA, CA  92879

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| TRIAD FINANCIAL CORP | $0.00 |
| DEPT CH10104 | |
| PALATINE, IL 60055 | |
| | $203.11 |

Dated: 12/28/10

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0336535**
Date: Dec 28, 2010

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0516221 | CHARLES LLOYD STEEN SR & WANDA STEEN | 40000121734330001 | 10002 | 203.11 | 0.00 | 203.11 |

PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

TOTALS: 203.11   0.00   203.11

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

CHARLES LLOYD STEEN SR
WANDA STEEN
BALANCE: 0.00    [0.00 Claim:10002]
ACCT: 40000121734330001    CASE: 0516221
PRINCIPAL: 203.11    INTEREST: 0.00

16-4430
1220

**1st ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0336535**

CHECK DATE: **Dec 28, 2010**
AMOUNT: ********203.11**
VOID 45 DAYS FROM DATE

PAY   Two Hundred Three And 11/100 Dollars

TO THE ORDER OF
**US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0336535⑈ ⑆122044300⑆ ⑈030⑈100078⑈